# EXHIBIT A

**Generated on:** This page was generated by TSDR on 2017-05-01 12:30:50 EDT

**Mark:** UNICORN LATTE

UNICORN LATTE

**US Serial Number:** 87308906

**Application Filing Date:** Jan. 20, 2017

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Apr. 17, 2017

# Mark Information

**Mark Literal Elements:** UNICORN LATTE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Fruit juice; Fruit juices; Fruit juices and fruit drinks; Herbal juices; Vegetable juice; Vegetable juices; Vegetable-fruit juices

**International Class(es):** 032 - Primary Class

**U.S Class(es):** 045, 046, 048

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Oct. 01, 2016

**Use in Commerce:** Oct. 01, 2016

# Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

# Current Owner(s) Information

**Owner Name:** Montauk Juice Factory

**Owner Address:** 12 South Etna Ave<br>Montauk, NEW YORK 11954<br>UNITED STATES

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** NEW YORK

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Jason Foscolo

**Attorney Primary Email Address:** info@foodlawfirm.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** JASON FOSCOLO
JASON FOSCOLO PLLC
PO BOX 378
INFO@FOODLAWFIRM.COM
RED HOOK, NEW YORK 12571
UNITED STATES

**Phone:** 8005594628

**Correspondent e-mail:** info@foodlawfirm.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 17, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 17, 2017 | NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 17, 2017 | NON-FINAL ACTION WRITTEN | 78484 |
| Apr. 17, 2017 | ASSIGNED TO EXAMINER | 78484 |
| Jan. 26, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jan. 24, 2017 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** HOLTZ, ALLISON A

**Law Office Assigned:** LAW OFFICE 111

**File Location**

**Current Location:** TMO LAW OFFICE 111 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Apr. 17, 2017

| | |
|---|---|
| **To:** | Montauk Juice Factory (info@foodlawfirm.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87308906 - UNICORN LATTE - N/A |
| **Sent:** | 4/17/2017 5:21:26 PM |
| **Sent As:** | ECOM111@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 87308906

**MARK:** UNICORN LATTE

*87308906*

**CORRESPONDENT ADDRESS:**
JASON FOSCOLO
JASON FOSCOLO PLLC
PO BOX 378
INFO@FOODLAWFIRM.COM
RED HOOK, NY 12571

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Montauk Juice Factory

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
N/A
**CORRESPONDENT E-MAIL ADDRESS:**
info@foodlawfirm.com

## OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW. A RESPONSE TRANSMITTED THROUGH THE TRADEMARK ELECTRONIC APPLICATION SYSTEM (TEAS) MUST BE RECEIVED BEFORE MIDNIGHT **EASTERN TIME** OF THE LAST DAY OF THE RESPONSE PERIOD.

**ISSUE/MAILING DATE: 4/17/2017**

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

The referenced application has been reviewed by the assigned trademark examining attorney.

**No Conflicting Marks**

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

However, the applicant must address the following informality.

**Disclaimer**

Applicant must disclaim the word "LATTE" because it merely describes an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services, and thus is an unregistrable component of the mark. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); TMEP §§1213, 1213.03(a).

The specimen of use identifies the goods as "lattes." Therefore, the word is merely descriptive of the goods.

An applicant may not claim exclusive rights to terms that others may need to use to describe their goods and/or services in the marketplace. *See Dena Corp. v. Belvedere Int'l, Inc.*, 950 F.2d 1555, 1560, 21 USPQ2d 1047, 1051 (Fed. Cir. 1991); *In re Aug. Storck KG*, 218 USPQ 823, 825 (TTAB 1983). A disclaimer of unregistrable matter does not affect the appearance of the mark; that is, a disclaimer does not physically remove the disclaimed matter from the mark. *See Schwarzkopf v. John H. Breck, Inc.*, 340 F.2d 978, 978, 144 USPQ 433, 433 (C.C.P.A. 1965); TMEP §1213.

If applicant does not provide the required disclaimer, the USPTO may refuse to register the entire mark. *See In re Stereotaxis Inc.*, 429 F.3d 1039, 1040-41, 77 USPQ2d 1087, 1088-89 (Fed. Cir. 2005); TMEP §1213.01(b).

Applicant should submit a disclaimer in the following standardized format:

**No claim is made to the exclusive right to use "LATTE" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to satisfy this disclaimer requirement online using the Trademark Electronic Application System (TEAS) form, please go to http://www.uspto.gov/trademarks/law/disclaimer.jsp.

**Questions Regarding Office Action**

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06.

/allison holtz/
Allison Holtz
Trademark Attorney
Law Office 111
allison.holtz@uspto.gov (preferred)
571.272.9383

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

| | |
|---|---|
| **To:** | Montauk Juice Factory (info@foodlawfirm.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87308906 - UNICORN LATTE - N/A |
| **Sent:** | 4/17/2017 5:21:28 PM |
| **Sent As:** | ECOM111@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

# IMPORTANT NOTICE REGARDING YOUR U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED ON **4/17/2017** FOR U.S. APPLICATION SERIAL NO. 87308906

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **4/17/2017** (*or sooner if specified in the Office action*). A response transmitted through the Trademark Electronic Application System (TEAS) must be received before midnight **Eastern Time** of the last day of the response period. For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the TEAS response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

*** User:aholtz ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | 87308906[SN] |
| 02 | 165 | 0 | 165 | 157 | 0:02 | *unicorn*[bi,ti] and live[ld] |
| 03 | 119936 | N/A | 0 | 0 | 0:02 | *lat*[bi,ti] and live[ld] |
| 04 | 12 | 0 | 12 | 11 | 0:01 | 2 and 3 |

Session started 4/17/2017 5:06:32 PM

Session finished 4/17/2017 5:17:58 PM

Total search duration 0 minutes 6 seconds

Session duration 11 minutes 26 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 87308906

# UNICORN LATTE




BROOKLYN

## PLANT ALCHEMY BAR

High vibe drinks are what we do. We love coffee but these drinks give you an energizing alternative for when you want a boost of plant power. Using superfoods, herbs, roots and spices from ancient and traditional cultures mixed with non-dairy mylks and cold-pressed juices from Montauk Juice Factory, we created a menu of diverse, clean and plant-based potions to help awaken your senses, elevate your mind and enhance your greatest superpower: your intuition.

### JUICE LATTES **$9 (12 oz)**

Made using Montauk Juice Factory's best-selling concoctions.

**BONFIRE CIDER LATTE**
This Ayurvedic influenced blend aids digestion and strengthens immunity.
*Carrot, apple, ginger, apple cider vinegar, honey, cinnamon, cayenne and a splash of coconut mylk.*

**HOT SHOT LATTE**
Extreme anti-inflammatory blend to help kick any signs of cold, flu or fatigue.
*Turmeric, cayenne, lemon, ginger, honey and a splash of coconut mylk.*

**WILD CHILD LATTE**
Start your day with this drink that alkalizes, resets and wakes the metabolism system up.
*Wildflower honey, cayenne, lemon, filtered water and a splash of almond mylk.*

**MAD MYLK LATTE**
Clean protein latte rich in amino acids and omega 3's that satisfies and holds off hunger.
*Make it pink! Add Pomegranate or Goji superfood powder $1*

**MACACCINO LATTE**
Wake up and kick a$$ with this superfood, protein blend that keeps you revved up all day.
*Cold brew coffee, cacao, dates, banana, maca, vanilla, cinnamon, himalayan salt.*

**THE DOPENESS LATTE**
Grounding and affirming, this blend gives earthy energy and fights inflammationt.
*Beetroot, pineapple, cucumber, jalapeño, mesquite and maca with almond mylk*

## *TEA LATTES* $9 (12 oz)

Made from a combination of Bellocq loose blends, adaptogenic herbs and spices whipped up to relieve stress and restore balance.

**ROSE PETAL LATTE**
This is a heart opening tonic that is cozy and comforting.
*Earl Grey tea with Rose Petal essence, almond mylk and garnished with dried rose buds.*
*Make it a Dirty Earl. Add an espresso shot $1*

**THE WHITE WOLF LATTE**
Made using the Bellocq blend of the same name. Notes of cedar, star anise and mint in this blend evokes western frontier, pine and snow and is served with warmed vanilla almond mylk for an exceptional blend that is warm, yet crisp like a sunny winter morning.

**STARDUST LATTE**
Made using Bellocq Mulberry leaf tea, elderberry and almond milk, sprinkled with a blend of blue majik powder, turmeric and super fruit berry blend of pomegranate, acai, maqui, and goji. Cosmic mix of ingredients to feed your inner, infinite galaxy.

**RESET AND RESTORE LATTE**
Made using Montauk Juice Factory Reset blend: Ashwagandha, cinnamon, green tea, cayenne mixed with Ho Show Wu, honey and almond mylk to boost metabolism and help your body keep stress in check.

## *HEALING LATTES* $9 (12 oz)

Functional superfood lattes to add some warmth and whimsy to your wellness routine. Comforting, ritualistic and loaded with restorative ingredients.

**THE UNICORN LATTE**
This psychedelic looking drink is wonderful before a deep yoga session, meditation or anytime you want to fly to the next level.
*Ginger, lemon, coconut mylk, honey and e3 live blue green algae. Dusted with turmeric and pomegranate powder.*

**MAGIC MUSHROOM LATTE**
A creamy, earthy immunity drink that promotes longevity and a calmer, more elevated overall state of being.
*Reishi, shitake, cordyceps and chaga foamed into coconut mylk and maca and lightly sweetened with honey.*

**ANXIETY-BUSTING HOT COCOA LATTE**
A hot cocoa for adults that is like a massage for your brain: these superfoods work to decrease stress, increase bliss and provide immediate relaxation.
*Cacao, cinnamon, ghee, nutmeg, cardamom, vanilla, CBD Extract and a touch of maple syrup.*

**RADIANCE BEAUTY LATTE**
Nourishing latte for healthy, supple skin and to promote a celestial glow from within.
*Montauk Juice Factory Radiance Dust (ginger, turmeric, camu camu, sea buckthorn, chamomile blossoms) mixed with coconut mylk, collagen and honey.*

**PURPLE AMETHYST LATTE**
Antioxidant bursting, free radical fighting and ultra soothing, this lilac blend may also create overwhelming feelings of positivity and happiness.
*Lavender, maqui berry, goji berry, vanilla, lucuma, tocos, almond mylk.*

## *YOUR INTUITION LED YOU HERE...*

522 Metropolitan Ave, BK NY 11211 **347-987-3954**

"Share the coffee, love and magic" tag your photos **@thendbrooklyn**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87308906**
**Filing Date: 01/20/2017**

***NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.***

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | UNICORN LATTE |
| ***STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | UNICORN LATTE |
| ***MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Montauk Juice Factory |
| ***STREET** | 12 South Etna Ave |
| ***CITY** | Montauk |
| ***STATE (Required for U.S. applicants)** | New York |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE (Required for U.S. applicants)** | 11954 |
| **PHONE** | 800-559-4628 |
| **LEGAL ENTITY INFORMATION** | |
| ***TYPE** | LIMITED LIABILITY COMPANY |
| *** STATE/COUNTRY WHERE LEGALLY ORGANIZED** | New York |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| ***INTERNATIONAL CLASS** | 032 |
| ***IDENTIFICATION** | Fruit juice; Fruit juices; Fruit juices and fruit drinks; Herbal juices; Vegetable juice; Vegetable juices; Vegetable-fruit juices |
| ***FILING BASIS** | SECTION 1(a) |

| | |
|---|---|
| **FIRST USE ANYWHERE DATE** | At least as early as 10/01/2016 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 10/01/2016 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-6817593252-20170120162907769885_._The_End_Menu.pdf |
| **CONVERTED PDF FILE(S) (2 pages)** | \\TICRS\EXPORT17\IMAGEOUT17\873\089\87308906\xml1\FTK0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\873\089\87308906\xml1\FTK0004.JPG |
| **SPECIMEN DESCRIPTION** | a menu listing the applicant's product on page 2 |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| **NAME** | Jason Foscolo |
| **FIRM NAME** | Jason Foscolo PLLC |
| **INTERNAL ADDRESS** | info@foodlawfirm.com |
| **STREET** | PO Box 378 |
| **CITY** | Red Hook |
| **STATE** | New York |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 12571 |
| **PHONE** | 8005594628 |
| **EMAIL ADDRESS** | info@foodlawfirm.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **CORRESPONDENCE INFORMATION** | |
| ***NAME** | Jason Foscolo |
| **FIRM NAME** | Jason Foscolo PLLC |
| **INTERNAL ADDRESS** | info@foodlawfirm.com |
| ***STREET** | PO Box 378 |
| ***CITY** | Red Hook |
| ***STATE (Required for U.S. addresses)** | New York |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE** | 12571 |
| **PHONE** | 8005594628 |

| | |
|---|---|
| ***EMAIL ADDRESS** | info@foodlawfirm.com |
| ***AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 225 |
| ***TOTAL FEE PAID** | 225 |
| **SIGNATURE INFORMATION** | |
| *** SIGNATURE** | /Jason Foscolo/ |
| *** SIGNATORY'S NAME** | Jason Foscolo |
| *** SIGNATORY'S POSITION** | Attorney of Record, New York State Bar Member |
| **SIGNATORY'S PHONE NUMBER** | 631 903 5055 |
| *** DATE SIGNED** | 01/20/2017 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87308906**
**Filing Date: 01/20/2017**

## To the Commissioner for Trademarks:

**MARK:** UNICORN LATTE (Standard Characters, see mark)
The mark in your application is UNICORN LATTE.

The applicant, Montauk Juice Factory, a limited liability company legally organized under the laws of New York, having an address of
12 South Etna Ave
Montauk, New York 11954
United States
800-559-4628(phone)

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 032: Fruit juice; Fruit juices; Fruit juices and fruit drinks; Herbal juices; Vegetable juice; Vegetable juices; Vegetable-fruit juices

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 032, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 10/01/2016, and first used in commerce at least as early as 10/01/2016, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) a menu listing the applicant's product on page 2.

**Original PDF file:**
SPE0-6817593252-20170120162907769885_._The_End_Menu.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

The applicant's current Attorney Information:
Jason Foscolo of Jason Foscolo PLLC
info@foodlawfirm.com
PO Box 378
Red Hook, New York 12571
United States
8005594628(phone)
info@foodlawfirm.com (authorized)

The applicant's current Correspondence Information:
Jason Foscolo

Jason Foscolo PLLC
info@foodlawfirm.com
PO Box 378
Red Hook, New York 12571
8005594628(phone)
info@foodlawfirm.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- The facts set forth in the application are true.

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- The facts set forth in the application are true.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Jason Foscolo/ Date: 01/20/2017
Signatory's Name: Jason Foscolo
Signatory's Position: Attorney of Record, New York State Bar Member
Signatory's Phone Number: 631 903 5055
Payment Sale Number: 87308906
Payment Accounting Date: 01/23/2017

Serial Number: 87308906
Internet Transmission Date: Fri Jan 20 17:05:37 EST 2017
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XXX-2017012017053741
5871-87308906-580d9bca5f48b77e2ab3afa262
8d67a72d72f80ae4ab5bbf8499ee0b6f052e38e4
-CC-13892-20170120162907769885

# UNICORN LATTE




## PLANT ALCHEMY BAR

High vibe drinks are what we do. We love coffee but these drinks give you an energizing alternative for when you want a boost of plant power. Using superfoods, herbs, roots and spices from ancient and traditional cultures mixed with non-dairy mylks and cold-pressed juices from Montauk Juice Factory, we created a menu of diverse, clean and plant-based potions to help awaken your senses, elevate your mind and enhance your greatest superpower: your intuition.

### JUICE LATTES **$9 (12 oz)**

Made using Montauk Juice Factory's best-selling concoctions.

**BONFIRE CIDER LATTE**
This Ayurvedic influenced blend aids digestion and strengthens immunity.
*Carrot, apple, ginger, apple cider vinegar, honey, cinnamon, cayenne and a splash of coconut mylk.*

**HOT SHOT LATTE**
Extreme anti-inflammatory blend to help kick any signs of cold, flu or fatigue.
*Turmeric, cayenne, lemon, ginger, honey and a splash of coconut mylk.*

**WILD CHILD LATTE**
Start your day with this drink that alkalizes, resets and wakes the metabolism system up.
*Wildflower honey, cayenne, lemon, filtered water and a splash of almond mylk.*

**MAD MYLK LATTE**
Clean protein latte rich in amino acids and omega 3's that satisfies and holds off hunger.
*Make it pink! Add Pomegranate or Goji superfood powder $1*

**MACACCINO LATTE**
Wake up and kick a$$ with this superfood, protein blend that keeps you revved up all day.
*Cold brew coffee, cacao, dates, banana, maca, vanilla, cinnamon, himalayan salt.*

**THE DOPENESS LATTE**
Grounding and affirming, this blend gives earthy energy and fights inflammationt.
*Beetroot, pineapple, cucumber, jalapeño, mesquite and maca with almond mylk*

## *TEA LATTES* $9 (12 oz)

Made from a combination of Bellocq loose blends, adaptogenic herbs and spices whipped up to relieve stress and restore balance.

### ROSE PETAL LATTE

This is a heart opening tonic that is cozy and comforting.
*Earl Grey tea with Rose Petal essence, almond mylk and garnished with dried rose buds.*
*Make it a Dirty Earl. Add an espresso shot $1*

### THE WHITE WOLF LATTE

Made using the Bellocq blend of the same name. Notes of cedar, star anise and mint in this blend evokes western frontier, pine and snow and is served with warmed vanilla almond mylk for an exceptional blend that is warm, yet crisp like a sunny winter morning.

### STARDUST LATTE

Made using Bellocq Mulberry leaf tea, elderberry and almond milk, sprinkled with a blend of blue majik powder, turmeric and super fruit berry blend of pomegranate, acai, maqui, and goji. Cosmic mix of ingredients to feed your inner, infinite galaxy.

### RESET AND RESTORE LATTE

Made using Montauk Juice Factory Reset blend: Ashwagandha, cinnamon, green tea, cayenne mixed with Ho Show Wu, honey and almond mylk to boost metabolism and help your body keep stress in check.

## *HEALING LATTES* $9 (12 oz)

Functional superfood lattes to add some warmth and whimsy to your wellness routine. Comforting, ritualistic and loaded with restorative ingredients.

### THE UNICORN LATTE

This psychedelic looking drink is wonderful before a deep yoga session, meditation or anytime you want to fly to the next level.
*Ginger, lemon, coconut mylk, honey and e3 live blue green algae. Dusted with turmeric and pomegranate powder.*

### MAGIC MUSHROOM LATTE

A creamy, earthy immunity drink that promotes longevity and a calmer, more elevated overall state of being.
*Reishi, shitake, cordyceps and chaga foamed into coconut mylk and maca and lightly sweetened with honey.*

### ANXIETY-BUSTING HOT COCOA LATTE

A hot cocoa for adults that is like a massage for your brain: these superfoods work to decrease stress, increase bliss and provide immediate relaxation.
*Cacao, cinnamon, ghee, nutmeg, cardamom, vanilla, CBD Extract and a touch of maple syrup.*

### RADIANCE BEAUTY LATTE

Nourishing latte for healthy, supple skin and to promote a celestial glow from within.
*Montauk Juice Factory Radiance Dust (ginger, turmeric, camu camu, sea buckthorn, chamomile blossoms) mixed with coconut mylk, collagen and honey.*

### PURPLE AMETHYST LATTE

Antioxidant bursting, free radical fighting and ultra soothing, this lilac blend may also create overwhelming feelings of positivity and happiness.
*Lavender, maqui berry, goji berry, vanilla, lucuma, tocos, almond mylk.*

## *YOUR INTUITION LED YOU HERE...*

522 Metropolitan Ave, BK NY 11211 **347-987-3954**

"Share the coffee, love and magic" tag your photos **@thendbrooklyn**