UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

MONTAUK JUICE FACTORY INC.,
THE END BROOKLYN,

           Plaintiffs,

v.

STARBUCKS CORPORATION d/b/a
STARBUCKS COFFEE COMPANY

           Defendant.

-------------------------------------------------------------x

Civ. No.: 17-cv-02678

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 05 2017 ★
LONG ISLAND OFFICE

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

The parties in the above-captioned matter entered into a written Settlement Agreement having an Effective Date of August 22, 2017, to settle all claims in this case.

Therefore, it is hereby STIPULATED and AGREED, by the undersigned counsel for all parties that have appeared in, and remain parties to, this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is voluntarily dismissed with prejudice against the Defendant, with each party to bear its own costs.

Dated: New York, New York
September 1, 2017

_____
Marcia B. Paul
Lance Koonce
L. Danielle Toaltoan
DAVIS WRIGHT TREMAINE LLP
1251 6th Avenue, 21st Floor
New York, New York 10020-1104
(212) 489-8230

*Attorneys for Defendant*

Dated: New York, New York
September 1, 2017

/s/ Joshua I. Schiller
_____
Joshua I. Schiller
Benjamin Margulis
Demetri Blaisdell
Alex Boies
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
(212) 446-2300

*Attorneys for Plaintiffs*

So Ordered. Case closed.

Dated: Central Islip, New York
September 5, 2017

s/ Arthur D. Spatt

ARTHUR D. SPATT
United States District Judge